IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD DRINKA,

        Plaintiff,

  v.

ANDREW SAUL,
Commissioner of Social Security

        Defendant.

Case No. 19-cv-19-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Donald Drinka affirming in part the decision of Andrew Saul, Commissioner of Social Security and reversing and remanding in part for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ K. Frederickson, Deputy Clerk | 2/14/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |